BEFORE THE FIRST DIVISION, DECEMBER 6, 1960

No. 64940.—Colonial Bead Co., Inc. v. United States, protests 60/3413, etc. (New York).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of glass stones similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.